1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8             FOR THE DISTRICT OF ARIZONA

9

10   Susan M. Pugner,                    )    No.  CIV  07-504-TUC-JMR (JCG)
                                         )
11             Plaintiff,                )
                                         )    **REPORT &**
12   vs.                                 )    **RECOMMENDATION**
                                         )
13   Commissioner of Social Security,    )
                                         )
14             Defendant.                )
                                         )
15   _____    )

16          On February 15, 2008, this Court issued an Order to Show Cause why this

17   matter should not be dismissed without prejudice for failure to timely serve Defendant

18   with the complaint.  On February 20, 2008, Plaintiff's counsel filed a status report

19   stating that he has been unable to locate the Plaintiff since September, 2007.

20   Plaintiff's counsel filed the complaint in October in order to preserve Plaintiff's claim.

21   Since September, Plaintiff's counsel has attempted to contact Plaintiff via certified

22   mail to her last known address, has hired an investigative firm to attempt to locate

23   Plaintiff, has conferred with Plaintiff's ex-husband regarding Plaintiff's whereabouts

24   and has left telephone messages for Plaintiff at her last known telephone number

25   (which is also the telephone number for Plaintiff's parents).   Despite these efforts,

26   Plaintiff has not been located.  Plaintiff's counsel requests an additional 45 days to

27   continue searching for Plaintiff.

28

1    Rule 4(m), Fed. R. Civ. P., provides that the time period for service may be

2    extended by the court only upon a showing good cause by the Plaintiff.    In the

3    present case, although Plaintiff's counsel has made diligent efforts to locate his client,

4    Plaintiff has not presented good cause for her failure to serve.  There is no evidence

5    to suggest that Plaintiff is aware that a complaint has been filed on her behalf, or that

6    she intended or intends to pursue this action.  *See Fimbres v. United States,* 833 F.2d

7    138, 139 (9th Cir. 1987) (stating that Rule 4, Fed. R. Civ. P.'s "good cause"

8    requirement has been interpreted to exclude mistakes of counsel and the desire to

9    amend a complaint before service).

10                               RECOMMENDATION

11    Accordingly, the Magistrate Judge recommends the District Court, after is

12    independent review of the record, enter an order DISMISSING WITHOUT

13    PREJUDICE the complaint filed on October 8, 2008. (Doc. No. 1).

14    Pursuant to 28 U.S.C. § 636(b), any party may serve and file written objections

15    within 10 days of being served with a copy of this Report and Recommendation.  If

16    objections are not timely filed, they may be deemed waived.  If objections are filed,

17    the parties should use the following case number: **07-504-TUC-JMR.**

18    DATED this 26th day of February, 2008.

19

20

21

22    _____
            Jennifer C. Guerin
         United States Magistrate Judge

23

24

25

26

27

28
                                    -2-